```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        CENTRAL DISTRICT OF CALIFORNIA
10
11   JOHN CUONG NGUYEN,            )    NO. CV 10-6237-GAF(E)
                                   )
12                   Petitioner,   )
                                   )
13        v.                       )    ORDER DISMISSING PETITION
                                   )
14   R. HILL, Warden of FSP,       )    WITHOUT PREJUDICE
                                   )
15                   Respondent.   )
     _____)
16
17
18        Petitioner filed a "Petition for Writ of Habeas Corpus by a
19   Person in State Custody" on August 20, 2010, Respondent filed a motion
20   to dismiss on September 15, 2010.  Respondent has not yet filed an
21   answer or a motion for summary judgment.
22
23        On December 8, 2010, Petitioner filed "Petitioner's Request for
24   Voluntary Dismissal Without Prejudice Due to Mistake or Inadvertance"
25   ("the motion").  The Court construes the motion as a notice of
26   voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of
27   Civil Procedure.  Rule 41(a)(1) permits automatic dismissal prior to
28   the filing of an answer or a motion for summary judgment.
```

1  Accordingly, the Petition is dismissed without prejudice.  <u>See</u> Fed. R.
2  Civ. P. 41(a); <u>see also</u> <u>Commercial Space Management Co. v. Boeing Co.</u>,
3  193 F.3d 1074, 1078 (9th Cir. 1999) (dismissal under Rule 41(a)(1) is
4  effective on the filing of a notice of voluntary dismissal).
5  Respondent's motion to dismiss is denied as moot.

7       LET JUDGMENT BE ENTERED ACCORDINGLY.

9           DATED:  December 21, 2010.

12                           _____
13                                    GARY A. FEESS
                           UNITED STATES DISTRICT JUDGE

17  PRESENTED this 10th day of
18  December, 2010, by:

20  _____/S/_____
         CHARLES F. EICK
21  UNITED STATES MAGISTRATE JUDGE

2