**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN CUONG NGUYEN, | ) | NO.  CV 10-6237-GAF(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| R. HILL, Warden of FSP, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 21, 2010.

_____
                    GARY A. FEESS
          UNITED STATES DISTRICT JUDGE